Newco Capital Group VI LLC v MD Power Inc. (2025 NY Slip Op 01498)

Newco Capital Group VI LLC v MD Power Inc.

2025 NY Slip Op 01498

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., MONTOUR, SMITH, DELCONTE, AND HANNAH, JJ.

176 CA 23-01867

[*1]NEWCO CAPITAL GROUP VI LLC, PLAINTIFF-APPELLANT,
v
MD POWER INC., DOING BUSINESS AS MD POWER, MD POWER INC., INFINITUM INC., DISPOZIBUM CO., AND MIRJANA RACIC, DEFENDANTS-RESPONDENTS. 

BERKOVITCH & BOUSKILA, PLLC, POMONA (ARIEL BOUSKILA OF COUNSEL), FOR PLAINTIFF-APPELLANT.
LEBEDIN KOFMAN, LLP, NEW YORK CITY (MICHAEL S. LEINOFF OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

 Appeal from an order of the Supreme Court, Ontario County (Daniel J. Doyle, J.), entered October 26, 2023. The order granted the motion of defendants to vacate a default judgment, vacated the default judgment and dismissed the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court